**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)**

## CHG Medical St *vs.* Rachel Shafer

Appeal No. 24-10373

11th Cir. R. 26.1-1(a) (enclosed) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court.  **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Adam Grant Schultz, Appellee Attorney

CHG Medical Staffing Inc, Appellee

Jackson Lewis PC, Appellee firm

Jennifer A. Schwartz, Appellee Attorney

Raag Singhal, Honorable Trial Judge

Rachel Shafer, Appellant

Shlomo Y. Hecht, Appellant Attorney

Shlomo Y Hecht PA, Appellant firm