Rev. 4/18                           UNITED STATES COURT OF APPEALS
                                       FOR THE ELEVENTH CIRCUIT
                                          **CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*   11th Circuit Docket Number: _____

| Caption: | District and Division: _____ |
| --- | --- |
| | Name of Judge: _____ |
| | Nature of Suit: _____ |
| | Date Complaint Filed: _____ |
| | District Court Docket Number: _____ |
| | Date Notice of Appeal Filed: _____ |
| | ☐ Cross Appeal    ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes    ☐ No |
| | If Yes, provide |
| | (a)    Caption: _____ |
| | (b)    Citation: _____ |
| | (c)    Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
| --- | --- | --- | --- |
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | | | |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
| --- | --- | --- | --- |
| ☐ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded:<br>$_____<br>to _____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary    ☐ Granted<br>☐ Permanent      ☐ Denied |
| | ☐ 54(b) | ☐ Other _____ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?    ☐ Yes    ☐ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☐ Yes    ☐ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?    ☐ Yes    ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes    ☐ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?    ☐ Yes    ☐ No
(b) Among circuits?    ☐ Yes    ☐ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _____ DAY OF _____, _____.

_____        _____
NAME OF COUNSEL (Print)                                SIGNATURE OF COUNSEL