## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 15, 2024

Shlomo Hecht
Shlomo Y. Hecht, PA
3076 N COMMERCE PKWY
MIRAMAR, FL 33025

Appeal Number: 24-10373-AA
Case Style: CHG Medical Staffing Inc v. Rachel Shafer
District Court Docket No: 0:23-cv-61703-AHS

The appellant brief is deficient because it is not securely bound with durable blue covers. A three-ringed binder is not a permitted cover.

Please file four corrected paper copies within fourteen days from this date.

If appellant fails to timely file the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-8 Brief deficiency ltr